UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| LUCINDA CHRISTIAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 20-306-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ALTAIRE PHARMACEUTICALS, INC., et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date and the Memorandum Opinion and Order entered October 13, 2020, [Record No. 20], and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendants with respect to all claims asserted in this action.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

-2-

Dated: November 25, 2020.

*signed*
Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky